A CERTIFIED TRUE COPY
MAY 31 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATI
MAY 15 2007
FILED
CLERK'S OFFICE

DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

07-cv-00809-WDM-MEH

## CONDITIONAL TRANSFER ORDER (CTO-41)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 527 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 14 2007
GREGORY C. LANGHAM
CLERK

Inasmuch as no objection is pending at this time, the stay is lifted.
MAY 31 2007
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument, is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Jennifer Sinlinski
Deputy Clerk

120

# SCHEDULE CTO-41 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 1 | 07-737 | Sabrina Chapman v. Johnson & Johnson, et al. |
| ARKANSAS WESTERN | | | |
| ARW | 2 | 07-2037 | Roberta Qualls, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| COLORADO | | | |
| CO | 1 | 07-809 | Marie Christensen v. Johnson & Johnson, et al. |
| MINNESOTA | | | |
| MN | 0 | 07-1907 | Debra Anne Plumley v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| MN | 0 | 07-1974 | Gail A. Lombrano v. Johnson & Johnson, et al. |
| MN | 0 | 07-1998 | Amy Weber v. Johnson & Johnson, et al. |
| MN | 0 | 07-1999 | Rhonda Jones v. Johnson & Johnson, et al. |
| MN | 0 | 07-2000 | Kristin Prasad v. Johnson & Johnson, et al. |
| MN | 0 | 07-2001 | Najai Fortson v. Johnson & Johnson, et al. |
| NORTH CAROLINA WESTERN | | | |
| NCW | 1 | 06-385 | Crystal Harris v. Johnson & Johnson, et al. |
| RHODE ISLAND | | | |
| RI | 1 | 07-127 | Robin Hannon v. Johnson & Johnson, et al. |
| TEXAS SOUTHERN | | | |
| TXS | 7 | 07-73 | Sonia Garcia v. Johnson & Johnson, et al. |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 07-5170 | Steven Rodgers, et al. v. Johnson & Johnson, et al. |